[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA AMERICA, INC., TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, and TECHNOLOGY PROPERTIES LTD.,<br><br>Defendants | Case No. C 05-4838 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Declaratory Judgment Plaintiffs |
| 2 | |
| 3 | Toshiba Corporation ("Toshiba"), Toshiba America, Inc. ("TAI"), Toshiba America Electronic |
| 4 | Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS") and Toshiba |
| 5 | America Consumer Products, LLC ("TACP") and Defendants Technology Properties LTD. ("TPL"), |
| 6 | Patriot Scientific Corporation ("Patriot"), and Charles H. Moore ("Moore") (collectively, "the |
| 7 | Parties"), having resolved the issues between them, hereby stipulate and agree, through their |
| 8 | respective counsel, that this lawsuit shall be dismissed without prejudice, with each party bearing its |
| 9 | own costs and attorneys' fees. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Declaratory Judgment Plaintiffs Toshiba Corporation ("Toshiba"), Toshiba America, Inc. ("TAI"), Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS") and Toshiba America Consumer Products, LLC ("TACP") and Defendants Technology Properties LTD. ("TPL"), Patriot Scientific Corporation ("Patriot"), and Charles H. Moore ("Moore") (collectively, "the Parties"), having resolved the issues between them, hereby stipulate and agree, through their respective counsel, that this lawsuit shall be dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

December 17, 2007          TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Roger L. Cook
    Roger L. Cook (State Bar No. 55208)
    Eric P. Jacobs (State Bar No. 88413)
    Iris Sockel Mitrakos (State Bar No. 190162)
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    Tel:   (415) 576-0200
    Fax:   (415) 576-0300
    Email: rlcook@townsend.com
           epjacobs@townsend.com
           ismitrakos@townsend.com

*Attorneys for Defendants Technology Properties Ltd. and Charles H. Moore*

December 17, 2007          POST KIRBY NOONAN & SWEAT LLP

By: /s/ Charles Hoge
    Charles Hoge (State Bar No. 110696)
    600 West Broadway, Suit e1100
    San Diego, CA 92101
    Tel:   619-231-8666
    Email: hoge@pkns.com

*Attorneys for Defendant Patriot Scientific Corporation*

| | | |
|---|---|---|
| 1 | December 17, 2007 | BAKER BOTTS LLP |
| 2 | | WHITE & CASE LLP |
| 3 | | By: /s/ Scott F. Partridge |
| | | Scott F. Partridge |
| 4 | | One Shell Plaza |
| | | 910 Louisiana Street |
| 5 | | Houston, TX 77002-4995 |
| | | Tel: 713-229-1234 |
| 6 | | E-mail: scott.partridge@bakerbotts.com |

William Sloan Coats, III
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Tel: 650-213-0320
Email: wcoats@whitecase.com
*Attorneys for Plaintiffs Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC*

IT IS SO ORDERED.

DATED: December 21, 2007    By: _____
                                The Honorable Martin J. Jenkins
                                Judge Martin J. Jenkins

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
CASE NO C 05 4838 MJJ                                                              - 2 -

1
**GENERAL ORDER 45 ATTESTATION**

I, Roger L. Cook, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that Charles T. Hoge and Scott F. Partridge have concurred in this filing.

                                         /s/ Roger L. Cook

December 17, 2007

61236587 v1

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
CASE NO C 05 4838 MJJ